**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| DERRICK MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>JAQUELYN AYENI; COUNSELOR GATES; WARDEN MARTY ALLEN; SINGLTERY; and JACKSON, in their individual and official capacities; and GEORGIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-25 |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 20). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for his failure to follow this Court's Order and failure to prosecute and **DENIES as moot** Defendants' Motion to Dismiss, (doc. 17), and Motion to Stay Discovery, (doc. 18). The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 28th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA