# United States District Court
## Southern District of Georgia

DERRICK MOORE,

    Plaintiff,

v.

JAQUELYN AYENI; COUNSELOR GATES; WARDEN MARTY ALLEN; SINGLTERY; and JACKSON, in their individual and official capacities; and GEORGIA DEPARTMENT OF CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:19-cv-25

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated February 28, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, Plaintiff's Complaint is DISMISSED and Plaintiff is DENIED in forma pauperis status on appeal.

This case stands closed.

Approved by: _____

March 2, 2020
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk